In the Matter of the Application of the PEOPLE OF THE STATE OF NEW YORK, by JESSE S. PHILLIPS, as Superintendent of Insurance of the State of New York, Respondent, for an Order to Take Possession of the Property and Conduct the Business of THE UNITED STATES GRAND LODGE OF THE INDEPENDENT ORDER SONS OF BENJAMIN.

*Matter of People, by Phillips,* v. *U. S. Grand Lodge, I. O. S. B.,* 187 App. Div. 890, appeal dismissed.

(Submitted September 29, 1919; decided October 7, 1919.)

MOTION to dismiss an appeal from an order of the Appellate Division of the Supreme Court in the first

judicial department, entered February 3, 1919, which affirmed an order of Special Term directing the state superintendent of insurance to take possession of the property and conduct the business of the United States Grand Lodge of the Independent Order Sons of Benjamin.

The motion was made upon the ground of failure to file the required undertaking and the return on appeal.

*Charles D. Newton, Attorney-General (Robert S. Conklin* of counsel), for motion.

No one opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.